**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**

**FELICIA BRANCH**                                                                          **PLAINTIFF**

**v.**                                      **CASE NO. 4:26-CV-00535-JM**

**UNIVERSITY OF ARKANSAS AT LITTLE ROCK,**
**COLIN CRAWFORD,**
**in his individual and official capacities;**
**CHRISTINA S. DRALE,**
**in her individual and official capacities; and**
**TIM GRIFFIN,**
**in his individual capacity**                                              **DEFENDANTS**

## OFFICIAL-DEFENDANTS' MOTION TO DISMISS

Defendants Colin Crawford, Christina S. Drale, and Tim Griffin (collectively "Official-Defendants"), by and through undersigned counsel, pursuant to Rule 12(b)(1) and Rule 12(b)(6) of the Federal Rules of Civil Procedure, respectfully move this Court to dismiss Plaintiff's Complaint against them for lack of jurisdiction and failure to state a claim upon which relief can be granted. In support of this Motion, Official-Defendants state as follows:

1.      Plaintiff Felicia Branch filed this action asserting claims under 42 U.S.C. § 1983 arising from the termination of her employment at the University of Arkansas at Little Rock William H. Bowen School of Law.

2.      Branch alleges that Defendants violated her rights under the First Amendment.

3.      Branch's claims should be dismissed under Rule 12(b)(1) because her claim for reinstatement is moot, so the Court lacks Article III jurisdiction over it. And her claims for declaratory relief and for damages against Crawford and Drale are barred by sovereign immunity.

1

4.      Branch's claims should be dismissed under Rule 12(b)(6) because the Complaint fails to state a claim upon which relief can be granted against Official-Defendants.

5.      In addition, Defendants Crawford, Drale, and Griffin are entitled to qualified immunity from Branch's individual-capacity claims.

6.      Official-Defendants have contemporaneously filed a Brief in Support of this Motion, which sets forth the legal and factual grounds supporting dismissal and is incorporated herein by reference.

WHEREFORE, Defendants Colin Crawford, Christina S. Drale, and Tim Griffin respectfully request that the Court grant this Motion, dismiss all claims asserted against them with prejudice, and award such other and further relief as the Court deems just and proper.

Respectfully submitted,


By:    Ryan Hale
       Ark. Bar No. 2024310
       Senior Assistant Attorney General

       Jordan Broyles
       Ark. Bar No. 2015156
       Senior Assistant Attorney General

       Madalyn Goolsby
       Ark. Bar No. 2024283
       Assistant Attorney General

       Arkansas Attorney General's Office
       101 West Capitol Avenue
       Little Rock, AR 72201
       (501) 295-7419
       (501) 682-2591 fax
       ryan.hale@arkansasag.gov

       *Counsel for Defendants*

2